1   JAMES WESLEY KINNEAR (SBN 124771)
2   KINNEAR LAW FIRM PC
    220 Montgomery Street, Suite 695
3   San Francisco, CA 94104
    (415) 223-8280
4   jwk@kinnearlaw.com

5   Attorneys for defendants EUREKA THERAPEUTICS, INC. and
6   CHENG LIU

7

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

    VIROMED CO., LTD,                        CASE NO.  C-12-6093-LB
13
              Plaintiff,                     **DECLINATION TO PROCEED BEFORE**
14                                           **MAGISTRATE JUDGE AND REQUEST**
         v.                                  **FOR REASSIGNEMENT TO UNITED**
15                                           **STATES DISTRICT JUDGE**
    CHENG LIU and EUREKA THERAPEUTICS,
16  INC.,

17            Defendants.

18

19  **REQUEST FOR REASSIGNEMENT TO UNITED STATES DISTRICT JUDGE**

20            The undersigned hereby declines to consent to the assignment of this case to a

21  United States Magistrate Judge for trial and disposition and hereby requests reassignment of this

22  case to a United States District Judge.

23  Dated:  December 14, 2012                 KINNEAR LAW FIRM PC

24

25
                                   By:  /s/_____
26                                      JAMES WESLEY KINNEAR
                                        Attorneys for defendants
27                                     _____

28                                     *Viromed v. Eureka et al.;* Case No. C-12-6093-LB
                                       Decl to Proceed before Magistrate Judge; Request
                                       to Reassign to US District Judge