IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIROMED CO., LTD.,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br>CHENG LIU, et. al.,<br><br>　　　　　　　Defendant(s). | CASE NO. 5:12-cv-06093 EJD<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING ARBITRATION**<br><br>[Docket Item No(s). 14] |

The parties' stipulation to stay this case pending arbitration (see Docket Item No. 14) is GRANTED as follows:

1. This case is STAYED until the arbitration based on the License Agreement has been completed and a final order issued. Plaintiff's Motion to Stay requesting the same relief (Docket Item No. 8) is TERMINATED AS MOOT.

2. Due to what may be a period of extended inactivity while the arbitration progresses, the clerk of the court shall administratively close this file.

3. The parties shall provide notice to the court within one week of the issuance of a final order from arbitration. In the notice, the parties shall request that this matter be reopened and that a case management conference be scheduled.

4. This Order shall not prevent either party from seeking to reopen this case and lift or extend the stay should the circumstances warrant.

**IT IS SO ORDERED.**

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Judge