1  GILBERT, KELLY, CROWLEY & JENNETT LLP
   Karen E. Jung, Bar No. 217124
2  1055 West Seventh Street, Suite 2000
   Los Angeles, California 90017-2577
3  Telephone: (213) 615-7000
   Facsimile: (213) 615-7100
4  E-mail: KEJ@gilbertkelly.com

5  Attorneys for Plaintiff
   VIROMED CO., LTD.

**IT IS SO ORDERED**
Judge Edward J. Davila
2/24/2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIROMED CO., LTD., | Case No. 5:12-CV-06093 EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| CHENG LIU, and EUREKA THERAPEUTICS, INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff VIROMED CO., LTD., by and through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendants CHENG LIU and EUREKA THERAPEUTICS, INC.

Dated: February 20, 2014

GILBERT, KELLY, CROWLEY & JENNETT LLP

By: /s/_____
Karen E. Jung
Attorneys for Plaintiff VIROMED CO., LTD.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, Suite 2000, Los Angeles, California 90017-2577.

On **February 20, 2014** I served the within document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

on the interested parties in this action as stated on the attached mailing list.

James Wesley Kinnear (jwk@kinnearlaw.com)
KINNEAR LAW FIRM PC
220 Montgomery Street, Suite 695
San Francisco, California 94104

Attorneys for
EUREKA THERAPEUTICS, INC.

Victor T. Shum (vts@jmbm.com)
JEFFER MANGLES BUTLER & MITCHELL
Two Embarcadero Center
5th Floor
San Francisco, California 94111

Attorneys for
EUREKA THERAPEUTICS, INC.

☐ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 20, 2014** at Los Angeles, California.

CARRIE M. HALL                              *(Signature)*
(Type or print name)

2846828.1  90401-00001 KEJ